UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-21061-CIV-MARTINEZ

CLOCK9NINE L.L.C,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants, (ECF No. 4). Judge Sanchez filed his R&R, (ECF No. 45), recommending that Plaintiff's Motion be granted, and that damages and injunctive relief be awarded. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, (ECF No. 45), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Final Default Judgment, (ECF No. 42), is **GRANTED**.
3. Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 25 day of March, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record